NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000357
04-APR-2014
12:47 PM

NO. CAAP-14-0000357

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HEIDI TRIXY LIZAMA LIMA nka HEIDI TRIXY LIZAMA ACIO,
Plaintiff-Appellant,
v.
DAVID KAOO AMADO LIMA,
Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC DIVORCE NO. 09-1-0733)

ORDER DISMISSING APPEAL
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of the request to withdraw and close the appeal (Motion) filed by Plaintiff-Appellant Heidi Acio (Appellant), and the records and files herein, it appears Appellant seeks dismissal of the appeal.

Therefore,

IT IS HEREBY ORDERED that the Motion is granted, and this appeal is dismissed. The parties shall bear their own appellate fees and costs.

DATED:    Honolulu, Hawai'i, April 4, 2014.

Chief Judge

Associate Judge

Associate Judge